[No. 20698–2–I.  Division One.  October 19, 1987.]

SAFECO INSURANCE COMPANY OF AMERICA, *Petitioner,* v. DONALD D. BALLENTINE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–10222–1, Stephen M. Reilly, J., entered June 24, 1987. *Remanded* by unpublished per curiam opinion.

[No. 18068–1–I.  Division One.  October 19, 1987.]

BOGEY'S INC., ET AL, *Respondents,* v. DOUG IKEGAMI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03034–4, Robert C. Bibb, J., entered February 21, 1986. *Affirmed* by unpublished opinion per Mattson, J. Pro Tem., concurred in by Andersen and Walterskirchen, JJ. Pro Tem.

[No. 10410–5–II.  Division Two.  October 19, 1987.]

REY PORTUGAL, ET AL, *Appellants,* v. CARL GODFRIED OLSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01154–3, Bruce Cohoe, J. Pro Tem., entered September 19, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.